THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARIFF ALLEYNE, Appellant. [933 NYS2d 549]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur— Saxe, J.P., Friedman, Renwick, DeGrasse and Freedman, JJ.